```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

| | |
|---|---|
| **TRAVELERS INDEMNITY COMPANY OF AMERICA,** ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil No. 10-2619-P Jury Demand |
| **ARCHER DANIELS MIDLAND COMPANY,** ) ) ) | |
| Defendant. ) ) | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41, Fed. R. Civ. P., and as demonstrated by the signatures of adversary counsel below, this matter is hereby dismissed with prejudice.  Each party shall bear its own costs.

IT IS SO ORDERED.

```
                              s/ Tu M. Pham
                              TU M. PHAM
                              United States Magistrate Judge

                              September 20, 2011
                              Date
```

APPROVED FOR ENTRY:

/s/ Albert S. Nalibotsky, by ABC with perm.
Albert S. Nalibotsky, Esq.
**QUICK, WIDIS & NALIBOTSKY, PLLC**
2115 Rexford Road, Suite 100
Charlotte, North Carolina  28211

*Counsel for Travelers Indemnity Company of America*

/s/ Andrew B. Campbell
Andrew B. Campbell, Esq.
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203

*Counsel for Archer-Daniels-Midland Company*